# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>             Plaintiff,<br><br>v.<br><br>JOHN DOE subscriber assigned IP address 32.215.197.24,<br><br>             Defendant. | Civil Action No. 3:18-cv-00007-MPS |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
## WITH PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant") through his counsel. Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>. John Doe was assigned the IP Address 32.215.197.24. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

        Dated: March 31, 2018        Respectfully submitted,

                                    By:   /s/ *Kevin T. Conway*
                                             Kevin T. Conway, Esq. (30364)
                                           664 Chestnut Ridge Road
                                           Spring Valley, NY. 10977
                                           T: 845-352-0206
                                           F: 845-352-0481
                                           E-mail: kconway@ktclaw.com
                                           *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on March 31, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                 By: /s/ *Kevin T. Conway*